FILED
ASHEVILLE, N.C.
SEP - 6 2011
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                          MDL No. 875
    Evelyn Mattox, etc., v. American Standard, Inc., et al.,    )
        (E.D. Pennsylvania, C.A. No. 2:07-73489)                        )
        W.D. North Carolina, C.A. No. 1:07-00314                    )

### ORDER VACATING CONDITIONAL REMAND ORDER

A conditional remand order was filed in this matter (*Mattox*) on August 16, 2011, pursuant to a suggestion of remand issued by the Honorable Eduardo C. Robreno, the transferee judge. The Panel has now been informed that the transferee judge has vacated his suggestion of remand in *Mattox*.

IT IS THEREFORE ORDERED that the Panel's conditional remand orders filed on August 16, 2011, is VACATED insofar as it relates to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED   9-2-2011
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA