THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:07-cv-00314-MR

| | |
|---|---|
| EVELYN MATTOX, Executrix of the Estate of WILLIAM D. MATTOX, Deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>AMERICAN STANDARD, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Conditional Remand Order received from the United States Judicial Panel on Multidistrict Litigation remanding this case for trial. [Doc. 31].

In light of the Conditional Remand Order, the Court will require the parties to conduct an attorneys' conference pursuant to Rule 16 of the Federal Rules of Civil Procedure and thereafter to file a report advising the Court of the status of these proceedings, particularly identifying the parties and issues that remain for trial, as well as identifying any pretrial matters that remain to be completed. Upon receipt of the parties' report, the Court

will enter a Pretrial Order and Case Management Plan setting this matter for trial.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an attorneys' conference as soon as practicable but no later than **June 12, 2013**, and that the parties shall file a status report with the Court no later **than June 19, 2013.**

**IT IS SO ORDERED.** Signed: May 22, 2013

Martin Reidinger
United States District Judge