# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:07-cv-00314-MR

| | |
|---|---|
| EVELYN MATTOX, Executrix of the Estate of WILLIAM D. MATTOX, Deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>AMERICAN STANDARD, INC., et al., )<br>)<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Loren Jacobson as counsel *pro hac vice*. [Doc. 36]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 36] is **ALLOWED**, and Loren Jacobson is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk.

**IT IS SO ORDERED.**

Signed: June 8, 2013

Martin Reidinger
United States District Judge