THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:07-cv-00314-MR

| | |
|---|---|
| EVELYN MATTOX, Executrix of the Estate of WILLIAM D. MATTOX, Deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) ) | **O R D E R** |
| AMERICAN STANDARD, INC., et al., ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney George G. Tankard, III as counsel *pro hac vice*. [Doc. 35]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 35] is **ALLOWED**, and George G. Tankard, III is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk.

Signed: June 8, 2013

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge