# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:07-cv-00314-MR

| | |
|---|---|
| EVELYN MATTOX, Executrix of the Estate of WILLIAM D. MATTOX, Deceased, </br></br>　　　　　Plaintiff, </br></br>　vs. </br></br>AMERICAN STANDARD, INC., et al., </br></br>　　　　　Defendants. | ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) |

**THIS MATTER** is before the Court on the Plaintiff's Status Report [Doc. 43], which advises that the Plaintiff has settled with General Electric Company, the last remaining defendant in this case.

In light of the parties' settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the parties shall file a memorandum of settlement with the Court setting out the basic terms of the parties' settlement agreement. Such memorandum may be filed under seal.

**IT IS FURTHER ORDERED** that the Defendant shall pay all sums required by the parties' settlement agreement and the parties shall file all such documents with the Court so as to effectuate the closing of the Court file within sixty (60) days of the entry of this Order, unless additional time is sought and granted by the Court.

**IT IS SO ORDERED.**    Signed: July 1, 2013

Martin Reidinger
United States District Judge