# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:07-cv-00314-MR

| | |
|---|---|
| EVELYN MATTOX, Executrix of the Estate of WILLIAM D. MATTOX, Deceased, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| AMERICAN STANDARD, INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the Plaintiff's Status Report [Doc. 46] advising that two of the Defendants remaining in this action, Yarway Corporation and Leslie Controls, Inc., have filed for bankruptcy.

The pending bankruptcy proceedings of Defendants Yarway Corporation and Leslie Controls, Inc. require that the action be stayed as to these Defendants.

The parties have yet to file a stipulation of dismissal with respect to General Electric Company. Upon the filing of such dismissal, the Court will direct the Clerk to close this case administratively.

**IT IS, THEREFORE, ORDERED** that this action is hereby **STAYED** as to Defendants Yarway Corporation and Leslie Controls, Inc.

**IT IS SO ORDERED.**

Signed: August 12, 2013

Martin Reidinger
United States District Judge