THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:07-cv-00314-MR

| | |
|---|---|
| EVELYN MATTOX, Executrix of the Estate of WILLIAM D. MATTOX, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN STANDARD, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **O R D E R**<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the Plaintiff's Notice of Withdrawal of Counsel for Loren Jacobson and Charles S. Siegel [Doc. 50].

In light of the Plaintiff's Notice of Withdrawal,

**IT IS, THEREFORE, ORDERED** that the Show Cause Orders of August 22, 2013 [Docs. 48, 49] are hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Signed: August 28, 2013

Martin Reidinger
United States District Judge