THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:07-cv-00314-MR

| | |
|---|---|
| EVELYN MATTOX, Executrix of the Estate of WILLIAM D. MATTOX, Deceased, ) ) ) ) Plaintiff, ) ) vs. ) ) ) AMERICAN STANDARD, INC., et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion to Dismiss Defendant General Electric Company [Doc. 52].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 52] is **GRANTED**, and all claims of the Plaintiff against Defendant General Electric Company are hereby **DISMISSED WITH PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: September 3, 2013

Martin Reidinger
United States District Judge